[No. 10768–2–I.   Division One.   January 25, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY
J. HANCOCK, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–02644–1, Arthur E. Piehler, J., entered
October 3, 1980. *Reversed* and *remanded* by unpublished
per curiam opinion.

[No. 9300–2–I.   Division One.   January 25, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES M.
KOSER, *Appellant.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 79–1–00891–0, Thomas G. McCrea,
J., entered August 1, 1980. *Affirmed* by unpublished opin-
ion per Durham, A.C.J., concurred in by James and Callow,
JJ.

[No. 9195–6–I.   Division One.   January 25, 1982.]

THE STATE OF WASHINGTON, *Appellant,* v. EARL
WORTHY, JR., *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–00497–9, Robert W. Winsor, J., entered
July 16, 1980. *Reversed* and *remanded* by unpublished
opinion per Swanson, J., concurred in by Callow and
Corbett, JJ.

[No. 9216–2–I.   Division One.   January 25, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MAURICE
VASTER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 80–1–00122–8, Liem E. Tuai, J., entered June
5, 1980. *Affirmed* by unpublished opinion per Callow, J.,
concurred in by Ringold and Corbett, JJ.